ORIGINAL

FILED

08/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0465

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0465

---

SIEBEN RANCH COMPANY,

        Plaintiff and Appellee,

v.

RANDALL G. ADAMS, a/k/a/ RANDY ADAMS,
a/k/a/ RAY ADAMS; and LEE McDONALD,

        Defendants and Appellants.

---

FILED

AUG 0 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellee Sieben Ranch Company moves under M. R. App. P. 16 to amend non-dispositive statements about non-parties in Opinion No. 2021 MT 172 published on July 13, 2021, in the above referenced matter. Appellants oppose the motion.

The Court referred to an "easement" for the benefit of a non-party—the O'Connell family—over properties owned by the Sieben Ranch. Appellee states there is no such easement because the O'Connells' use of the Sieben Ranch property and Lyons Creek Road in particular has always been permissive.

The purported easement is mentioned three times, in ¶¶ 6, 16, and 19. Amending the statements in these paragraphs does not affect the disposition of the case or in any way alter the relationship of the parties to this case, it simply amends the opinion to reflect the undisputed facts in the record. We will therefore issue an Amended Opinion with the following revisions to ¶¶ 6, 16, and 19:

    ¶ 6

Sieben Ranch, however, granted ~~an easement~~ permission to the O'Connells to use Lyons Creek Road north of the gate; permission to install their own lock on the gate; and requested the O'Connells provide it with a list of key holders.

In May 2018, the O'Connells granted their successor, Brian O'Connell, and his successors and assigns, ~~the~~ an easement ~~they had obtained from Sieben Ranch~~ for use of Lyons Creek Road:

¶ 16

~~Although O'Connell conveyed to Adams and McDonald Sections 3 and 5 of Township 14 North, Range 5 West, and Section 31 of Township 15 North, Range 5 West, O'Connell did not convey the road easement that was granted to his predecessors, Patricia O'Connell-Anderson and Ian Anderson, by Sieben Ranch.~~

¶ 19

Lyons Creek Road is a public road up to Sieben Ranch's gate located at the northwest corner of Section 19 of Township 14 North, Range 4 West, from which point it becomes a private road subject to the Conservation Easement ~~and the road easement~~ reserved by the O'Connells.

THEREFORE,

IT IS ORDERED that the Court's Opinion is amended at ¶¶ 6, 16, and 19 to reflect the undisputed facts in the record. An Amended Opinion is filed simultaneously with this Order.

The Clerk is directed to provide copies of this Order to all parties and the presiding judge.

DATED this 3ʳᵈ day of August, 2021.

Justices

2